UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUY DINH NGUYEN,<br><br>                       Petitioner,<br><br>   v.<br><br>PATRICK GLEBE,<br><br>                       Respondent. | CASE NO. C15-1433-RSL-MAT<br><br>ORDER RE:  IN FORMA PAUPERIS MOTION |

Petitioner, proceeding pro se in this habeas case, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 7.) The undersigned recommended denial of that motion upon concluding petitioner had funds available to pay the $5.00 filing fee. (Dkt. 9.) Petitioner subsequently paid the filing fee. (*See* docket entry dated September 24, 2015.) The Court, as such, herein STRIKES petitioner's motion to proceed IFP (Dkt. 7) as moot, and RESCINDS the previously issued Report and Recommendation addressing that motion (Dkt. 9.) The Clerk is directed to send a copy of this Order to the parties and to the assigned District Judge.

DATED this 15th day of October, 2015.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1